# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHN HENRY FREDERICK,

    **Plaintiff,**

v.                                                  Case No. 4:19-cv-333-AW-HTC

WAKULLA CI, et al.,

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has considered the Magistrate Judge's July 25, 2019 Report and Recommendation. ECF No. 3. To the extent they address the Report and Recommendation, the Court has also considered de novo the issues raised in Plaintiff's filings styled "Manifest Injustice" (ECF No. 4), "Motion to Object" (ECF No. 5), and "Motion to Object" (ECF No. 6). (ECF No. 5 and ECF No. 6 appear to be duplicate entries.)

The Court has concluded that the Report and Recommendation should be accepted. It is therefore ordered:

1. The Report and Recommendation (ECF No. 3) is accepted and adopted as the Court's order.

2. The Clerk shall enter a judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

3. The Clerk shall close the file.

SO ORDERED on November 14, 2019.

                                        s/ *Allen Winsor*
                                        United States District Judge